Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENDEZ, individually and on behalf of all others similarly situated, Plaintiff, vs. MARS IT CORP. d/b/a MARS SOLUTIONS GROUP, and DOES 1 through 10, inclusive, and each of them, Defendants. | **Case No.:** 5:20-cv-08813-LHK **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 17th Day of February, 2021.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on February 17, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on February 17, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

<u>s/ Todd M. Friedman</u>
  Todd M. Friedman